

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

**Date:** 3/24/2014

**To:** The Honorable Max O. Cogburn, Jr.
U.S. District Court Judge

**From:** Valerie G. Debnam
United States Probation Officer

**Subject:** Joseph Lee Cherry
3:98CR78 & 3:98CR280
Out-of County Travel Request

FILED
CHARLOTTE, NC
APR 7 2014
US District Court
Western District of NC

---

Mr. Cherry appeared before Your Honor on December 6, 1999, for the offense of Theft of Firearm. Mr. Cherry was sentenced to one hundred twenty (120) months imprisonment followed by a three (3) year term of supervised release. Supervised release commenced in the Western District of North Carolina on June 2, 2011. On January 9, 2013, Mr. Cherry's supervision was transferred to the Middle District of North Carolina.

Mr. Cherry has submitted a request to travel to Turks & Caicos Islands, for the purpose of celebrating his first wedding anniversary. Mr. Cherry will leave on May 13, 2014, and return on May 20, 2014.

According to his probation officer Michael McDowell, he has purchased non-refundable airline tickets, and paid a deposit at Silly Creek Cottage, Provincials, Turk & Caicos Island. However, he has been informed that this matter of travel needs to be approved before leaving the United States. Additionally, there have been no known incidents or noncompliance.

It is recommended that Mr. Cherry be allowed to travel to Turks & Caicos Island as long as he remain in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

(X) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

4-1-14
Date

Signature of Judicial Officer